United States Bankruptcy Court
District of Colorado

In re:  
Eric A. Ortegon  
Barbara J. Ortegon  
    Debtors

Case No. 11-36911-SBB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: ortegac     Page 1 of 2     Date Rcvd: Jun 04, 2013  
                       Form ID: 230       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2013.  
db/db      +Eric A. Ortegon,    Barbara J. Ortegon,    8583 W. Burgundy Drive,    Littleton, CO 80123-3252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        E-mail/Text: cio.bncmail@irs.gov Jun 05 2013 00:48:34     IRS,    600 17th St.,    Stop 5027 DEN,     Denver, CO 80202
                                                                                                                                                                         TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: ortegac               Page 2 of 2                  Date Rcvd: Jun 04, 2013
                              Form ID: 230                Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2013 at the address(es) listed below:
          Bill  Myers    on behalf of Debtor Barbara J. Ortegon bill@clacolaw.com,
           billmyers.pc@earthlink.net
          Bill  Myers    on behalf of Debtor Eric A. Ortegon bill@clacolaw.com,   billmyers.pc@earthlink.net
          Chapter 13 Trustee - Zeman    on behalf of Trustee Sally  Zeman mail@ch13colorado.com
          Patti H Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Patti H Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
          Sally  Zeman    mail@ch13colorado.com,   szeman@ecf.epiqsystems.com
          Susan J. Hendrick    on behalf of Creditor   Wells Fargo Bank, NA Susan@amlawco.com,
           bkcourtmail@amlawco.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                                            TOTAL: 8

(COB #230 voApprStip13MTD)(10/07)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Sidney B. Brooks

In re:

    Eric A. Ortegon
    Barbara J. Ortegon

Debtor(s)

Case No.: 11−36911−SBB
Chapter: 13

SSN/TID
Nos.   xxx−xx−5710
        xxx−xx−8498

**ORDER APPROVING STIPULATION FOR THE RESOLUTION OF
CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

    THE COURT, having reviewed the Stipulation between the Debtor and the Standing Chapter 13 Trustee filed 06/03/2013, hereby approves the Stipulation.

    The Chapter 13 Trustee's Motion to Dismiss ( docket #45) is resolved pursuant to the terms of the Stipulation.

Dated: 6/4/13

BY THE COURT:

s/ Sidney B. Brooks
United States Bankruptcy Judge